The Law Offices of
# Scott A. Korenbaum
11 Park Place, Suite 914
New York, New York 10007
Tel: (212) 587-0018     Fax: (212) 658-9480

September 29, 2020

BY ECF

Hon. Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas St., Rm. 630
White Plains, NY 10601

      Re:   *Thomas v. City of Yonkers, et al.*
            17 CV 4025 (JCM)

Dear Judge McCarthy:

    David Rankin and I represent Kasheem Thomas. We write to request a telephone conference regarding the trial scheduled to begin on November 16, 2020. I have spoken with Mr. McCormick regarding this matter. Mr. McCormick requests that any telephone conference be held on either Thursday or Friday of this week. I note that I am unavailable Monday (October 5th) from 10-11 a.m., the afternoon of October 6th, and the morning of October 8th.

    Thank you for your attention to this request.

                                                           Respectfully submitted,

                                                           *Scott A. Korenbaum*

                                                           Scott A. Korenbaum

SAK:sak

cc: All Counsel (by ECF)