UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KASHEEM THOMAS,

        Plaintiff,

-against-

DAVID FRASZKA and CHRISTOPHER McMANUS,

        Defendants.

17 Civ. 4025 (JCM)

---

## VERDICT FORM

**Question 1:**

Has Plaintiff proven by a preponderance of the evidence that either of the following Defendants used excessive force against him?

    David Fraszka:    YES \_\_\_\_    NO ✓

    Christopher McManus:    YES \_\_\_\_    NO ✓

*If you answered "NO" in Question 1 as to BOTH Defendants, your deliberations are finished. The foreperson should sign and date the form on the last page and tell the Courtroom Deputy that the jury has reached a verdict.*

*If you answered "YES" in Question 1 as to EITHER Defendant, please proceed to Question 2.*

**Question 2:**

What amount of compensatory damages do you award Plaintiff against each Defendant you found liable for use of excessive force? *Only answer with respect to Defendant(s) as to whom you answered "YES" in Question 1.*

    David Fraszka:    $ _____

    Christopher McManus:    $ _____

*Please proceed to Question 3.*

**Question 3:**

Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages against either of the following Defendants? If YES, please write the amount of punitive damages you are awarding Plaintiff based on the conduct of that Defendant. *Only answer with respect to Defendant(s) as to whom you answered "YES" in Question 1.*

| | | | |
|---|---|---|---|
| David Fraszka: | YES _____ | NO _____ | $ _____ |
| Christopher McManus: | YES _____ | NO _____ | $ _____ |

*You have completed your jury deliberations. The foreperson should sign and date the verdict form and return it to the Courtroom Deputy.*

Signature of Foreperson: _Jacqueline Reynolds_    Date: 5/4/2021