UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KASHEEM THOMAS,

|  |  |
|---|---|
| Plaintiff, | **JUDGMENT** |
| -against- | 17 Civ. 4025 (JCM) |

DAVID FRASZKA and CHRISTOPHER
McMANUS,

Defendants.
------------------------------------------------------------X

    **WHEREAS**, Plaintiff Kasheem Thomas ("Plaintiff") brought the above entitled-action

against Defendants David Fraszka and Christopher McManus[1], ("Defendants"); and

    **WHEREAS**, this action was assigned to the Honorable Judith C. McCarthy, United

States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c), (Docket No.

71); and

    **WHEREAS**, this action proceeded to a jury trial on April 28, 2021 and said trial

concluded on May 4, 2021; and

    **WHEREAS**, on May 4, 2021, the jury reached a unanimous verdict in favor of

Defendants;

---

[1] The claims against Defendants City of Yonkers, Westchester County, and Officers John Doe 1-2 were dismissed on consent of the parties prior to trial. (*See* Docket Nos. 23 and 61).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Defendants.  Accordingly, the Clerk is respectfully requested to close the case.

Dated:  May 12, 2021
   White Plains, New York

        **SO ORDERED:**

        JUDITH C. McCARTHY
        United States Magistrate Judge